IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In the Matter of the Arbitration between**<br>**IFC INTERCONSULT, AG,**<br>    Petitioner,<br>**and**<br>**SAFEGUARD INTERNATIONAL PARTNERS, LLC,**<br>    Respondent. | **MISCELLANEOUS**<br>**ACTION NO. 04-00107** |

**O R D E R**

**AND NOW,** this 4th day of October, 2004, upon consideration of Safeguard International Partners, LLC Motion to Strike Judgment for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 60(B); or in the Alternative Motion to Stay Pending Appeal Pursuant to U.S.C. 12, and the response thereto, it is hereby **ORDERED** that the Motion to Strike the Judgment and the Motion to Stay Pending Appeal are **DENIED**.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**